268 So.2d 247

### STATE of Louisiana
### v.
### John W. BROUSSARD.

### No. 52635.

Oct. 26, 1972.

Rehearing Denied Nov. 21, 1972.

Leroy J. Falgout, Metairie, for defendant-appellant.

William J. Guste, Jr., Atty. Gen., Harry H. Howard, Asst. Atty. Gen., John M. Mamoulides, Dist. Atty., Robert B. Evans, Jr., Asst. Dist. Atty., for plaintiff-appellee.

PER CURIAM.

Defendant was convicted of violation of Jefferson Parish Ordinance #8053, Section 3–19, Paragraph 9 (allowing "B" drinking) and appeals.

Although it appears in the transcript of the trial that bills of exceptions were reserved, none were perfected as required by La.C.Cr.P. Arts. 844, 845. Therefore, we are limited on appeal to a review of errors discoverable on the face of the pleadings and proceedings. State v. Ash, 257 La. 337, 242 So.2d 535 (1971). We find none.

The conviction and sentence are affirmed.

BARHAM, Justice (dissenting).

Bills of exception were reserved but by a combination of fault by the clerk, the court and counsel for defendant they were not perfected. Since the fault is not alone

attributable to defendant we should remand for perfection of bills. Appeals are favored in law. An effective appeal cannot be had here without a review of the bills of exceptions and the necessary evidence. We have the authority to afford relief and an adequate appeal.